IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DONALD ROBERT MARR, § | | |
| Petitioner, § | | |
| § | | |
| VS. § | CIVIL ACTION NO.4:07-CV-543-Y | |
| § | | |
| NATHANIEL QUARTERMAN, Director, § | | |
| T.D.C.J.,Correctional § | | |
| Institutions DIV., § | | |
| Respondent. § | | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Donald Robert Marr under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 14, 2007; and

3. The Petitioner's written objections to the proposed findings, conclusions and recommendation of the United States magistrate judge filed on October 5, 2007.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled,[1] and that the petition for writ of habeas corpus should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the

---

[1] Marr's written objection that he is actually challenging other state court convictions in the instant petition is without merit, as this action challenges only the 1967 conviction in Criminal District Court Number 2 of Tarrant County, Texas, in cause number 73430. Further, Marr has pending petitions for relief under 28 U.S.C. § 2254 against the Collin and Grayson County convictions referenced in his objections in the United States District Court for the Eastern District of Texas: *Marr v. Quarterman,* No.4:07-CV-319*, Marr v. Quarterman,* No.4:07-CV-331, *Marr v. Quarterman,* No.4:07-CV-332, and *Marr v. Quarterman,* No.4:07-CV-333.

magistrate judge are ADOPTED.

Donald Robert Marr's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

SIGNED October 9, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE